**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISHNAKAR MOGILI, et al., | No. 2:26-cv-02954-JFW-MAAx |
| Plaintiffs | **ORDER** |
| v. | |
| CARRIE M. SELBY, et al., | |
| Defendants. | |

Upon consideration of Plaintiffs' Stipulation To Continue Hearing And Extend Plaintiff's Deadline To Respond, it is hereby:

**ORDERED** that the hearing on the Motion to Dismiss is continued from August 3, 2026, **to August 10, 2026, at 1:30 p.m.**

**ORDERED** that Plaintiffs shall file their Response to the Motion to Dismiss on or before July 20, 2026.

Dated: July 1, 2026

_____
Honorable John F. Walter
United States District Judge

1