**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISHNAKAR MOGILI, et al., Plaintiffs | No. 2:26-cv-02954-JFW-MAAx |
| v. | Honorable John F. Walter |
| CARRIE M. SELBY, et al., Defendants. | **ORDER** |

Upon consideration of the parties' *Stipulation To Continue Hearing And Extend Plaintiff's Deadline To Respond* filed on July 17, 2026, it is hereby:

**ORDERED** that the hearing on the Motion to Dismiss is continued from August 10, 2026 to August 31, 2026 at 1:30 p.m.,

**ORDERED** that Plaintiffs shall file their Response to the Motion to Dismiss on or before August 10, 2026, and;

**ORDERED** that Defendants shall file their Reply, if any, by August 17, 2026,

**SO ORDERED**

**Dated: July 20, 2026.**

_____
Honorable John F. Walter
United States District Judge

1